STATE of Missouri, Respondent,

v.

Lester JENKINS, Appellant.

No. WD 46659.

Missouri Court of Appeals,
Western District.

June 1, 1993.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and
BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM.

Lester Jenkins appeals from conviction of stealing, § 570.030, RSMo 1986, and two counts of attempted stealing, §§ 570.030 and 564.011, RSMo 1986.

The judgment of conviction is affirmed. Rule 30.25(b).